# Exhibit A

# United States of America

## United States Patent and Trademark Office

# BOOZE AND BOOS TOURS

**Reg. No. 7,276,505**

**Registered Jan. 16, 2024**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

TERROR TOURS LLC  (VIRGINIA LIMITED LIABILITY COMPANY)
3170 S Dexter St
Denver, COLORADO 80222

CLASS 41: Conducting guided tours of a city; Conducting guided tours of historical sites; Conducting guided walking tours of a city

FIRST USE 8-19-2019; IN COMMERCE 8-19-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BOOZE" AND "TOURS"

SER. NO. 97-724,755, FILED 12-20-2022

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office

