# Exhibit B



Austin

Top Austin activities    Top Austin landmarks    Beyond Austin    Austin trip ideas

Home / Things to do in USA / Things to do in Texas / Things to do in Austin / Austin Tours / Historical Tours

Book online or call: (888) 651-9785
Chat now

## Are you interested in?

**Historical Tours** — 48 Tours & Activities

**Walking Tours** — 43 Tours & Activities

**Ghost Tours** — 12 Tours & Activities

Why you are seeing these recommendations

Reserve Now & Pay Later

# Austin Boos and Booze Haunted Pub Crawl

Austin, United States

Share



**Likely to Sell Out**
From US$45,00
Lowest Price Guarantee

Thursday, 15 Feb 2024    2

Select time

**Check Availability**

Free cancellation up to 24 hours before the experience starts (local time)

Reserve Now & Pay Later - Secure your spot while staying flexible

2 hours (approx.)    Mobile ticket    Offered in: English

## Explore our promoted experiences



Austin, Texas
**Live Music Capital of the World Pedicab Tour**
★★★★★ 42
from **US$69,50**
Price varies by group size

Likely to Sell Out
Austin, Texas
**The Ghosts of Austin Walking Tour**
★★★★½ 35
from **US$24,99**

Austin, Texas
**Private Guided Food Tour of Austin Neighborhoods**
from **US$150,00**

Operators have paid Viator more to have their experiences featured here

## Overview

Most pub crawls through Austin just take you from bar to bar without providing any city insight, but this Austin Boos and Booze Haunted Pub Crawl Experience adds a little mystery to your night out. Follow a guide through Austin at night, taking in sights of popular attractions as you listen to ghost stories of spirits who are said to haunt the area. Along this tour, you'll stop at four drinking spots, too.

- See Austin's top highlights during a spooky ghost-themed pub crawl
- A great introduction for new visitors—a guide leads the way at nighttime
- Hear stories of ghosts and city history you may not hear otherwise
- Time is built into the tour to purchase your own drinks at the bars visited

## What's Included

- ✓ Professional and courteous guide
- ✓ Thoroughly researched and accurate history
- ✓ Authentic local ghost stories

- ✗ Transportation
- ✗ Alcoholic beverages

## Meeting And Pickup

**Meeting point**

The Driskill Bar
604 Brazos St, Austin, TX 78701, USA
Open in Google Maps

Meet your tour guide outside the Driskill Bar, at 604 Brazos Street in Austin.

**Start time**

04:45 PM

**End point**

This activity ends back at the meeting point.

## What To Expect

**1 The Driskill Bar**
Choose from one of the bar's top drinks and take some liquid courage. This hotel has its fair share of tragedy and hauntings.
20 minutes • Admission Ticket Free

**The Paramount Theatre** (Pass By)
Once the location of Sam Houston's war office, this historic theatre combines cinema and the supernatural. Discover the tales of the the theatre's most famous ghosts, including the "Lady in White" and the "Man with the Cigar".

Show 5 more stops

## Additional Info

- Confirmation will be received at time of booking
- Wheelchair accessible
- Stroller accessible
- Surfaces are wheelchair accessible
- No heart problems or other serious medical conditions
- Travelers should have a moderate physical fitness level

See 5 More

## Cancellation Policy

You can cancel up to 24 hours in advance of the experience for a full refund.

- For a full refund, you must cancel at least 24 hours before the experience's start time.
- If you cancel less than 24 hours before the experience's start time, the amount you paid will not be refunded.
- Any changes made less than 24 hours before the experience's start time will not be accepted.
- Cut-off times are based on the experience's local time.
- This experience requires good weather. If it's canceled due to poor weather, you'll be offered a different date or a full refund.
- This experience requires a minimum number of travelers. If it's canceled because the minimum isn't met, you'll be offered a different date/experience or a full refund.

Learn more about cancellations.

## Questions?

Viator Help Center

Product code: 180366P2

## Compare Similar Experiences

1 / 3



**CURRENT**

Likely to Sell Out

**Austin Boos and Booze Haunted Pub Crawl**

0

2 hours

Free Cancellation

**From US$45,00**

**Austin Haunted Pub Crawl Walking Tour**

134

2 hours

Free Cancellation

**From US$29,99**

Likely to Sell Out

**Haunted Austin Booze and Boos Ghost Walking Tour**

19

2 hours 30 minutes

Free Cancellation

**From US$38,72**

**Austin Live Music Crawl**

376

3 hours

Free Cancellation

**From US$85,00**

Why you are seeing these recommendations

**Explore Similar Things to Do**  **Attractions in Austin, United States**  **More attractions near Austin, United States**  **Nearby Destinations**  **Austin Tours**

Ghost Tours | Walking Tours | Historical Tours | On the Ground | Cultural Tours | Food & Drink | Austin | Ghost Tours - Texas | Walking Tours - Texas | Historical Tours - Texas

---

4.3 rating | 181 831 reviews ★ Trustpilot

| Help Center | Careers | Travel Agents | Viator blog |
| Privacy and Cookies Statement | Sitemap | Become an Affiliate | |
| About Viator | Supplier Sign Up | News | |

© 1997-2024 Viator, Inc.   Terms & Conditions   How Viator works   Cookie Consent