IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TERROR TOURS LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | |
| | § | Case No. 1:24-cv-00163 |
| US GHOST ADVENTURES LLC | § | |
| | § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |
| | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terror Tours LLC ("Plaintiff") and defendant US Ghost Adventures LLC ("Defendant") stipulate that they have reached final agreement on settlement of all claims made in this action, and further stipulate that this action, including all claims, is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41, with each party to bear its own costs and attorneys' fees and the Court retaining jurisdiction to enforce the settlement agreement.

Dated:  May 7, 2025                 Respectfully submitted,

*/s/     C. Dale Quisenberry*
C. Dale Quisenberry
Texas State Bar No. 24005040
QUISENBERRY LAW PLLC
13910 Champion Forest Drive, Suite 203
Houston, Texas 77069
Telephone: (832) 680-5000
Facimile: (832) 689-5555
Email: dale@quisenberrylaw.com

*Attorneys for Plaintiff*

/s/ *Timothy J. Bechen*                    *
Timothy J. Bechen
Virginia State Bar No. 83639
tbechen@woodsrogers.com
WOODS ROGERS VANDEVENTER BLACK PLC
901 East Byrd Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 343-5032
Facsimile: (804) 806-7592

*Attorneys for Defendants*

\*    Signed with permission by C. Dale Quisenberry

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of May, 2025, with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.


_/s/   C. Dale Quisenberry_